IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARDINAL MANAO SENDATSU, ) <br> also known as CMS, INC.; ) <br> RONALD S. CARLSON, ) <br> ) <br>       Petitioners, ) <br> ) <br>   vs. ) <br> ) <br> UNITED STATES; UNITED ) <br> STATES INTERNAL REVENUE ) <br> SERVICE; COLIN KELLY; ) <br> AMERICAN SAVINGS BANK, ) <br> ) <br>       Respondents. ) <br> _____ ) | CIVIL 11-00610-LEK-KSC |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS PETITION TO QUASH SUMMONS

Findings and Recommendation to Dismiss Petition to Quash Summons having been filed and served on all parties on February 9, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO DISMISS PETITION TO QUASH SUMMONS," docket entry no. 16, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, February 24, 2012.



      /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge